# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| AUGUST BRACKOB, an individual, | 2:10-CV-01569-PMP-PAL |
| Plaintiff, | |
| vs. | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT; CLARK COUNTY, NEVADA; THE STATE NEVADA, et al., | |
| Defendants. | |

**IT IS ORDERED that** Defendant Clark County's Motion to Dismiss (Doc. #15) is **GRANTED**.

DATED: December 2, 2010.

_____
PHILIP M. PRO
United States District Judge