DAVID ROGER
District Attorney
State Bar No. 002781
**CIVIL DIVISION**
By: **STEPHANIE A. BARKER**
Chief Deputy District Attorney
State Bar No. 003176
500 South Grand Central Pkwy.
P. O. Box 552215
Las Vegas, Nevada  89155-2215
Phone:  (702) 455-4761
Fax:       (702) 382-5178
*Attorneys for Defendant CLARK COUNTY*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AUGUST BRACKOB, an individual,<br><br>                    Plaintiff,<br><br>         vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; CLARK COUNTY, NEVADA;  THE STATE OF NEVADA; DOE INDIVIDUALS 1-10; ROE CORPORATIONS 1-10;<br><br>                    Defendants. | Case No:  2:10-cv-01569-PMP-PAL |

### EX-PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST TO DISCONTINUE NOTICE OF PROCEEDINGS

COMES NOW, Defendant CLARK COUNTY, by and through its counsel STEPHANIE A. BARKER, Chief Deputy District Attorney, and hereby requests removal from the CM/ECF Service List and Discontinuation of Notice of Proceedings in the above-captioned matter.  Defendant CLARK COUNTY was dismissed from this proceeding on December 5, 2010, and it is no longer necessary that counsel receive CM/ECF notice of ongoing proceedings.  Accordingly, the

///

///

///

///

///

1  undersigned counsel requests to be removed from the CM/ECF Service list in this matter, USDC
2  Case No: 2:10-cv-01569-PMP-GWF.
3      RESPECTFULLY SUBMITTED this 18th day of February, 2011

            DAVID ROGER
            DISTRICT ATTORNEY

            By: /s/ Stephanie A. Barker
            STEPHANIE A. BARKER
            Chief Deputy District Attorney
            State Bar No. 003176
            500 South Grand Central Pkwy.
            P. O. Box 552215
            Las Vegas, Nevada 89155-2215
            *Attorney for Defendant CLARK COUNTY*


            IT IS SO ORDERED.

            _____
            PHILIP M. PRO
            UNITED STATES DISTRICT JUDGE

            Dated: February 22, 2011