# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

AUGUST BRACKOB,

        Plaintiff,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,

        Defendants.

Case No.: 2:10-cv-01569-PMP-GWF

**ORDER**

This matter is before the Court on Defendant Las Vegas Metropolitan Police Department's Motion to Remove Counsel from CM/ECF Service List and Request to Discontinue Notice of Hearings (#24), filed February 28, 2011.  Defendant Las Vegas Metropolitan Police Department was dismissed from this action on December 27, 2010 and it is no longer necessary that counsel receive CM/ECF notice of ongoing proceedings.  Accordingly,

**IT IS HEREBY ORDERED** that Defendant Las Vegas Metropolitan Police Department's Motion to Remove Counsel from CM/ECF Service List and Request to Discontinue Notice of Hearings (#24) is **granted**.  The Clerk of the Court shall remove Nick D. Crosby, Esq. and the law firm of Marquis Aurbach Coffing from the CM/ECF Service list in this case.

DATED this 24th day of March, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge