UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| AUGUST BRACKOB, an individual, | ) | 2:10-CV-01569-PMP-GWF |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT; CLARK COUNTY, NEVADA; THE STATE OF NEVADA, | ) | |
| Defendants. | ) | |

**IT IS THEREFORE ORDERED that** Defendant State of Nevada's Motion to Dismiss Plaintiff's Complaint (Doc. #36) is **DENIED**.

**IT IS FURTHER ORDERED that** Plaintiff Brackob shall have to and including **November 22, 2011**, within which to file an Amended Complaint as requested by Plaintiff in his Response in Opposition to Defendant's Motion to Dismiss (Doc. #37).

DATED: October 31, 2011.

_____
PHILIP M. PRO
United States District Judge