UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AUGUST BRACKOB,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | 2:10-CV-01569-PMP-GWF<br><br>**<u>ORDER</u>** |

On December 28, 2011, Defendant Sheriff Douglas Gillespie and Defendant Chief Joseph Chronister filed Motions to Dismiss (Doc.'s #59 #60). Plaintiff Brackob had to and including January 17, 2012, within which to file a response. Plaintiff has failed to do so, and in accord with the Local Rules of this Court, therefore consent to the granting of the relief requested. Further, a review of both Motions shows Defendants' Gillespie and Chronister are entitled to the relief requested on the merits.

**IT IS THEREFORE ORDERED** that Defendant Sheriff Douglas Gillespie's Motion to Dismiss (Doc. #59) is **GRANTED**.

**IT IS FURTHERED ORDERED** that Defendant Chief Joseph Chronister's Motion to Dismiss is **GRANTED**.

DATED: January 19, 2012.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　PHILIP M. PRO
　　　　　　　　　　　　　　　　　　United States District Judge