UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

AUGUST BRACKOB,

Plaintiff,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

Defendants.

2:10-CV-01569-PMP-GWF

**ORDER**

On December 28, 2011, Defendant Sheriff Douglas Gillespie and Defendant Chief Joseph Chronister filed Motions to Dismiss (Doc.'s #59 #60). Plaintiff Brackob had to and including January 17, 2012, within which to file a response. Plaintiff has failed to do so, and in accord with the Local Rules of this Court, therefore consent to the granting of the relief requested. Further, a review of both Motions shows Defendants' Gillespie and Chronister are entitled to the relief requested on the merits.

**IT IS THEREFORE ORDERED** that Defendant Sheriff Douglas Gillespie's Motion to Dismiss (Doc. #59) is **GRANTED**.

**IT IS FURTHERED ORDERED** that Defendant Chief Joseph Chronister's Motion to Dismiss is **GRANTED**.

DATED: January 19, 2012.

_____
PHILIP M. PRO
United States District Judge