UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AUGUST BRACKOB, | 2:10-CV-01569-PMP-GWF |
| Plaintiff, | |
| vs. | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendants. | |

Having read and considered State Defendant's fully briefed Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. #67), and good cause appearing,

**IT IS ORDERED** that State Defendant's Motion to Dismiss (Doc. #67) is **DENIED**.

DATED: February 13, 2012.

PHILIP M. PRO
United States District Judge