UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AUGUST BRACKOB,<br><br>    Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>    Defendants. | 2:10-CV-01569-PMP-GWF<br><br>**ORDER** |

Having read and considered State Defendant's fully briefed Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. #67), and good cause appearing,

**IT IS ORDERED** that State Defendant's Motion to Dismiss (Doc. #67) is **DENIED**.

DATED: February 13, 2012.

_____
PHILIP M. PRO
United States District Judge